UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60785-BLOOM/VALLE

ENRIQUE MADRINAN,

    Plaintiff,
v.

WELLASGO, INC. d/b/a CHINATOPIA
and DK CHEN, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice and Retention of Jurisdiction, ECF No. [14]. The Court having considered the Stipulation, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [14]**, is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of any settlement between the parties and resolving any dispute which may arise regarding the payment of Plaintiff's reasonable attorneys' fees, costs, and litigation expenses. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 16th day of May, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record